**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        Bankruptcy No. 17-20121-JAD
                                                :
Richard  Bair,                                  :        Chapter 13
                        Debtor                  :
                                                :        Related to Docket No. 8
_____                  :
                                                :
Richard  Bair,                                  :
                        Movant                  :
vs.                                             :
                                                :
No Respondent.                                  :

## ORDER

**AND NOW**, on this ___27th___ day of ___January_____, 2017, upon

consideration of the Motion of the above reference Debtor, praying for an extension of time

within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good

cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter

13 Petition, Schedules, Chapter 13 Plan, and Declaration Re: Electronic Filing, and Pay

Advices be hereby extended to and including **February 6, 2017**.

BY THE COURT:

_____  sjk

Jeffery A. Deller,
Chief Bankruptcy Judge

FILED
1/27/17 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20121-JAD
Richard Bair                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1          Date Rcvd: Jan 27, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db            +Richard Bair,    2603 Campbell Circle,    West Mifflin, PA 15122-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 4