# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Case No. 17-20121-JAD |
| | : | |
| **Richard Bair** | : | Chapter 13 |
| **Debtor** | : | |
| | : | |

## PROOF OF INCOME

BAIR, RICHARD

Franjo Construction Corporation  34326

Franjo Construction Corporation  01-13-2017
335 E. 7th Ave
HOMESTEAD, PA 15120

AMOUNT
** VOID **

Pay: Non-negotiable

To The
Order
of: [redacted] Campbell Circle
West Mifflin, PA 15122



---

Franjo Construction Corporation - MAIN (10705)    Voucher #: 019769 Build: CMP52

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Richard Bair - (M01117) | 01-13-2017 | XXX-XX-2960 | 12-30-2016 | 01-05-2017 | 34326 |

Federal Tax-Status M Allowances NONE    State Tax - Status M Allowances NONE

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 01-05-2017 | REGULAR PAY | 27.7300 | 40.00 | 1109.20 |
| Totals: | | | 40.00 | 1,109.20 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT ADVAN | 125.00 | 250.00 |
| MEDICAL | 85.67 | 171.34 |
| LIFE | 45.96 | 91.92 |
| 401K LOAN | 16.45 | 32.90 |
| ACCIDENT | 14.92 | 29.84 |
| AFLAC Pre-Ta | 12.48 | 24.96 |
| FEDERAL TAX | 99.64 | 199.28 |
| MEDICARE | 13.77 | 27.55 |
| SOC SECURITY | 58.91 | 117.82 |
| PA INCOME TAX | 29.17 | 58.34 |
| PA SUI | 0.78 | 1.56 |
| HOMESTEAD,PA CI | 9.50 | 19.00 |
| HOMESTEAD,PA O/ | 0.76 | 1.52 |
| Totals: | 513.01 | 1,026.03 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67942 | 596.19 |
| Totals: | | 596.19 |

Net Pay: 596.19

Net Pay YTD: $1,192.37

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 2218.40 |
| Totals: | $2,218.40 |

**PAID TIME OFF**

| Description | Balance |
|---|---|

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Sort Order: 6    Query: HRP_CHECKS.MVQ Version: Top 16.12.161

Franjo Construction Corporation 33669

Franjo Construction Corporation
335 E. 7th Ave
HOMESTEAD, PA 15120

01-06-2017

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of: 
Richard Bair
505 Campbell Circle
West Mifflin, PA 15122

**Non-Negotiable**

---

Franjo Construction Corporation - MAIN (10705)   Voucher #: 019564 Build: CMP52

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Richard Bair - (M01117) | 01-06-2017 | XXX-XX-2960 | 12-23-2016 | 12-29-2016 | 33669 |

Federal Tax-Status M  Allowances NONE       State Tax - Status M  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-29-2016 | REGULAR PAY | 27.7300 | 40.00 | 1109.20 |
| Totals: | | | 40.00 | 1,109.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT ADVAN | 125.00 | 125.00 |
| MEDICAL | 85.67 | 85.67 |
| LIFE | 45.96 | 45.96 |
| 401K LOAN | 16.45 | 16.45 |
| ACCIDENT | 14.92 | 14.92 |
| AFLAC Pre-Ta | 12.48 | 12.48 |
| FEDERAL TAX | 99.64 | 99.64 |
| MEDICARE | 13.78 | 13.78 |
| SOC SECURITY | 58.91 | 58.91 |
| PA INCOME TAX | 29.17 | 29.17 |
| PA SUI | 0.78 | 0.78 |
| HOMESTEAD,PA CI | 9.50 | 9.50 |
| HOMESTEAD,PA O/ | 0.76 | 0.76 |
| Totals: | 513.02 | 513.02 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67942 | 596.18 |
| Totals: | | 596.18 |

**Net Pay** 596.18
**Net Pay YTD** $596.18

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 1109.20 |
| Totals: | $1,109.20 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Sort Order: 6        Query: HRP_CHECKS.MVQ Version: Top 16.12.161

Franjo Construction Corporation 32307

Franjo Construction Corporation 12-23-2016
335 E. 7th Ave
HOMESTEAD, PA 15120

AMOUNT
** VOID **

Pay: Non-negotiable

To The
Order Richard Bair
Of: 605 Campbell Circle
West Mifflin, PA 15122

*Non-Negotiable*

---

Franjo Construction Corporation - MAIN (10705)  Voucher #: 018824 Build: CPR357.1

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Richard Bair - (M01117) | 12-23-2016 | XXX-XX-2960 | 12-09-2016 | 12-15-2016 | 32307 |

Federal Tax-Status M Allowances NONE                     State Tax - Status M  Allowances NONE

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-15-2016 | REGULAR PAY | 27.7300 | 40.00 | 1109.20 |
| Totals: | | | 40.00 | 1,109.20 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT ADVAN | 125.00 | 6500.00 |
| MEDICAL | 85.67 | 4440.26 |
| LIFE | 45.96 | 1767.25 |
| 401K LOAN | 16.45 | 1533.14 |
| ACCIDENT | 14.92 | 775.84 |
| AFLAC Pre-Ta | 12.48 | 474.24 |
| FEDERAL TAX | 100.03 | 5602.09 |
| MEDICARE | 13.78 | 752.88 |
| SOC SECURITY | 58.91 | 3219.22 |
| PA INCOME TAX | 29.17 | 1594.36 |
| PA SUI | 0.78 | 40.54 |
| HOMESTEAD,PA CI | 9.50 | 519.32 |
| HOMESTEAD,PA O/ | 0.00 | 40.00 |
| Totals: | 512.65 | 27,259.14 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67942 | 596.55 |
| Totals: | | 596.55 |

Net Pay: 596.55
Net Pay YTD: $32,506.33

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 56424.28 |
| OVERTIME | 2516.51 |
| HOLIDAY | 439.68 |
| REIM EXPENSE | 385.00 |
| Totals: | $59,765.47 |

**PAID TIME OFF**

| Description | Balance |
|---|---|

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Sort Order: 6                                    Query: HRP_CHECKS.MVQ Version: Top 16.12.160

Franjo Construction Corporation                                                                31845
Franjo Construction Corporation                                                           12-16-2016
335 E. 7th Ave
HOMESTEAD, PA 15120

                                                                                        AMOUNT
                                                                                     ** VOID **
Pay: Non-negotiable

To The
Order   Richard Bair
Of:     *** Campbell Circle
        West Mifflin, PA 15122

---

Franjo Construction Corporation - MAIN (10705)                           Voucher #: 018686 Build: CPR357.1

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Richard Bair - (M01117) | 12-16-2016 | XXX-XX-2960 | 12-02-2016 | 12-08-2016 | 31845 |

Federal Tax-Status M  Allowances NONE                            State Tax - Status M  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-08-2016 | REGULAR PAY | 27.7300 | 40.00 | 1109.20 |
| Totals: | | | 40.00 | 1,109.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT ADVAN | 125.00 | 6375.00 |
| MEDICAL | 85.67 | 4354.59 |
| LIFE | 45.96 | 1721.29 |
| 401K LOAN | 16.45 | 1516.69 |
| ACCIDENT | 14.92 | 760.92 |
| AFLAC Pre-Ta | 12.48 | 461.76 |
| FEDERAL TAX | 100.03 | 5502.06 |
| MEDICARE | 13.77 | 739.10 |
| SOC SECURITY | 58.91 | 3160.31 |
| PA INCOME TAX | 29.17 | 1565.19 |
| PA SUI | 0.78 | 39.76 |
| HOMESTEAD,PA CI | 9.50 | 509.82 |
| HOMESTEAD,PA O/ | 0.00 | 40.00 |
| Totals: | 512.64 | 26,746.49 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 67942 | 596.56 |
| Totals: | | 596.56 |

**Net Pay** 596.56

**Net Pay YTD** $31,909.78

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 55315.08 |
| OVERTIME | 2516.51 |
| HOLIDAY | 439.68 |
| REIM EXPENSE | 385.00 |
| Totals: | $58,656.27 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Sort Order: 6                                            Query: HRP_CHECKS.MVQ Version: Top 16.12.159