# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Richard Bair, | : | Case No. 17-20121-JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Doc. No. 21 |
| Richard Bair, | : | |
| SS. No. (xxx-xx- 2960) | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | WO-1 |
| v. | : | |
| | : | |
| Franjo Construction, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 27, 2017, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated February 21, 2017 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: February 27, 2017

/s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Richard Bair
2603 Campbell Circle
West Mifflin, PA 15120

Franjo Construction
Attention: Payroll Administrator
335 East 7th Avenue
Homestead, PA 15120