# MINUTES OF CHAPTER 13 §341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Bair  (JAD)/TPA/CMB/GLT
Date of Meeting: 3/27/17
Case Number: 17-20121   Recording # 2
Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ✓ partial payments)
Attorney for debtor(s) McElrath   (Present ✓ or Not Present ___)
Date of Plan at § 341: 2/16/17   Applicable commitment period ✓ 3 yrs ___ 5 yrs

Debtor claims wages being withheld - No payments posted yet but based on representation will likely decide to confirm. Wife doesn't work because home schooling son (11)

No apparent LAT or BE Issue

Requested copy of 2016 - return when filed

FILED 2017 MAR 30 P 12:18 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                    ___ Order to Show Cause Requested
                                        ___ To be rescheduled by Clerk
✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 7/27/17    at 2:00 am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee