## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-20121-JAD |
| Richard Bair, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Richard Bair, | : | RELATED TO DOC. NO. 36, 37 |
| Movant | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | April 4, 2018 at 10 :00 AM |
| | : | |
| Ronda J. Winnecour, Esq. | : | Responses due by 3/1/2018 |
| Chapter 13 Trustee/ | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case, filed on February 12, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 1, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>March 2, 2018</u>  By:  /s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
(412) 765-3606