IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | CASE NO. 17-20121-JAD |
| Richard Bair, : | |
| Debtor : | CHAPTER 13 |
| : | |
| Richard Bair, : | RELATED TO DOCKET NO. 36 |
| Movant : | |
| : | HEARING DATE AND TIME : |
| vs. : | April 4, 2018 at 10 :00 AM |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee/ : | |
| Respondent : | **DEFAULT O/E JAD** |

## ORDER

**AND NOW** on this ___23rd___ day of _____March_____, 2018, it is hereby ordered and directed that the within Debtor's chapter 13 case is dismissed without prejudice.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
*Chief Bankruptcy Judge*

FILED
3/23/18 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20121-JAD
Richard Bair                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db         +Richard Bair,   2603 Campbell Circle,    West Mifflin, PA 15122-3503
cr         +Borough of West Mifflin/West Mifflin School Distri,    Goehring, Rutter, and Boehm,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
             UNITED STATES 15219-6101
14386506   +Borough of West Mifflin/West Mifflin SD,    Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
             Pittsburgh, PA 15219-6101
14348816   +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14348818   +Citi/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14348819   +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14348820   +Hsbc Bank,    2929 Walden Ave,    Depew, NY 14043-2690
14367068   +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14367069   +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14348821   +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
14636639  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
             Dallas, TX 75261-9741)
14348822   +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14348823   +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14348825   +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14367077   +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14406851   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14367079   +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
             Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2018 01:33:33
             Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
             P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
14348817   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 24 2018 01:33:38     Capital One Auto Finan,
             3901 Dallas Pkwy,    Plano, TX 75093-7864
14387773    E-mail/PDF: cbp@onemainfinancial.com Mar 24 2018 01:32:34     OneMain,    P.O. Box 3251,
             Evansville, IN. 47731-3251
14348826   +E-mail/PDF: cbp@onemainfinancial.com Mar 24 2018 01:33:01     Onemain Fi,    Po Box 499,
             Hanover, MD 21076-0499
14348827   +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:33:03     Syncb/old Navy,    Po Box 965005,
             Orlando, FL 32896-5005
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14367063*      +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14367064*      +Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14367065*      +Citi/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14367066*      +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14367067*      +Hsbc Bank,    2929 Walden Ave,    Depew, NY 14043-2690
14367070*      +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
14367072*      +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14367071*      +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14367074*      +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14367073*      +Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4177
14367075*      +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
14367078*      +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14348824     ##+Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4177
14367076     ##+PHH MORTGAGE CORPORATION,    2001 BISHOPS GATE BLVD,    Mount Laurel, NJ 08054-4604
                                                                                   TOTALS: 1, * 13, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: bsil                  Page 2 of 2            Date Rcvd: Mar 23, 2018
                              Form ID: pdf900             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin/West Mifflin School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard   Bair ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```