**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD BAIR | Case No.:17-20121 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/13/2017 and confirmed on 03/31/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,848.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,848.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 479.32 | |
|    Trustee Fee | 85.01 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 564.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 1,283.67 | 0.00 | 1,283.67 |
|   Acct: 5711 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 12,220.74 | 0.00 | 0.00 | 0.00 |
|   Acct: 5711 | | | | |
| | | | | 1,283.67 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICHARD BAIR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 479.32 | 0.00 | 0.00 |
|   Acct: | | | | |
| WEST MIFFLIN ASD & WEST MIFFLIN BOR | 256.30 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

***NONE***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CAPITAL ONE AUTO FINANCE<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)<br>Acct: 3480 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 5693 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA<br>Acct: 8497 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MORTGAGE SERVICE CENTER<br>Acct: 9861 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 5891 | 4,199.60 | 0.00 | 0.00 | 0.00 |
| PHH MORTGAGE CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHH MORTGAGE CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 9203 | 0.00 | 0.00 | 0.00 | 0.00 |
| UDREN LAW OFFICES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6440 | 489.39 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                          1,283.67

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 256.30 |
| SECURED | 12,220.74 |
| UNSECURED | 4.688.99 |

Date: 04/16/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com